D. W. ALLEN v. F. M. HAMMOND.

(Decided May 3, 1898.)

*Appeal—Practice—Incomplete Record.*

Where the consideration of the complaint is essential to the determination of the questions involved on appeal and the complaint is not in the record on appeal, and appellant makes no motion for a *certiorari* to perfect the record, the appeal will be dismissed.

CIVIL ACTION tried at Fall Term, 1897, of MADISON Superior Court, before *Norwood, J.*   From a judgment for the defendant the plaintiff appealed.   The record on appeal does not contain the complaint.   In this court the defendant (appellee) moved to dismiss.

NORTON *v.* McDEVIT.

*Mr. J. M. Gudger, Jr.,* for defendant (appellee).
No Counsel *contra.*

*Per Curiam:*   There is no complaint, answer or summons sent up, only the case on appeal; and the complaint is essential to be considered in passing on this controversy.   Defects in the transcript are often remedied by *certiorari* when there is no laches on the part of the appellant, and sometime by the court's sending down a *certiorari ex mero motu* to supply merely formal parts of the transcript. *State* v. *Preston,* 104 N. C., 733; *State* v. *Beal,* 119 N. C., 809; *State* v. *Daniel,* 121 N. C., 574. But here the defect is in a material respect and no motion for *certiorari* has been made by the appellant.   He has not perfected his record on appeal and not having paid due attention to it, let the motion to dismiss be entered.

Appeal dismissed.